No. 98–1245.  Coons et al. v. Holmes.  C. A. 9th Cir.  Certiorari denied.

No. 98–1248.  Klecan et al. v. New Mexico Right to Choose/NARAL et al.  Sup. Ct. N. M.  Certiorari denied.

No. 98–1256.  Stoneburner v. Caldera, Secretary of the Army, et al.  C. A. 5th Cir.  Certiorari denied.

No. 98–1274.  LoCascio v. Rubin, Secretary of the Treasury.  C. A. 9th Cir.  Certiorari denied.

No. 98–1281.  Gonzalez v. Drug Enforcement Administration, Office of Asset Forfeiture, et al.  C. A. 1st Cir.  Certiorari denied.

No. 98–1293.  Sullivan v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 98–1295.  Malley v. Malley.  Super. Ct. Pa.  Certiorari denied.

No. 98–1300.  Saba v. Clinton, President of the United States, et al.  C. A. D. C. Cir.  Certiorari denied.

No. 98–1305.  Thorpe v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 98–1326.  Gluzman v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 98–1329.  Frank v. United States et al.  C. A. 2d Cir.  Certiorari denied.

No. 98–1342.  Taftsiou v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 98–1348.  Angeles et al. v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 98–1352.  Mohwish v. United States.  C. A. 6th Cir.  Certiorari denied.